RICHARD S. KIM (SBN 137442)
Email: rkim@lawrichardkim.com
LAW OFFICES OF RICHARD S. KIM & ASSOCIATES
3435 WILSHIRE BOULEVARD, SUITE 2630
LOS ANGELES, CALIFORNIA 90010-1937
TELEPHONE (213) 365-0500
FAX         (213) 365-1225

Attorneys for Creditors SABRE SPRINGS PLAZA, LLC

# UNITED STATES BANKRUPTCY COURT

# SOUTH DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ROBERT G. MARUCA;<br><br>Debtor | Chapter 7<br><br>Case No.: 14-04011-LT7<br><br>**CREDITOR SABRE SPRINGS PLAZA, LLC'S REQUEST FOR SPECIAL NOTICE** |

TO ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that the Law Offices of Richard S. Kim, attorneys for Creditor SABRE SPRINGS PLAZA, LLC hereby requests special notice of all events relevant to the above-referenced bankruptcy and copies of all pleadings or documents filed in relation to the above-referenced bankruptcy, including all pleadings or notices under Federal Rules of Bankruptcy Procedure, Rule 2002, the commencement of any adversary proceedings, the filing of any requests for hearing, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to creditors, creditors committees and parties-in-interest and other notices as required by the

---

Request for Special Notice
- 1 -
Z:\CLIENTS\B\B2109.1\SabreSpringsPlaza\RobertMaruca\BK-Chapter 7\SpecialNotice.doc

United States Bankruptcy Code and Rules and/or Local Rules of the above-referenced bankruptcy court.

Law Offices of Richard S. Kim & Associates requests that for all notice purposes and for inclusion in the Master Mailing List in this case, the following address be used:

RICHARD S. KIM

LAW OFFICES OF RICHARD S. KIM & ASSOCIATES

3435 WILSHIRE BOULEVARD, SUITE 2630

LOS ANGELES, CALIFORNIA 90010-1937

Email: rkim@lawrichardkim.com

Neither this Request for Special Notice nor any subsequent appearance, pleading, claim, proof of claim, documents, suit, motion nor any other writing or conduct, shall constitute a waiver of the within party's:

    a.    Right to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court Judge;

    b.    Right to receive service pursuant to Fed. R. Civ. P. 4 made applicable to the instant proceeding by Fed. R. Bankr. P. 7004, notwithstanding Law Offices of Richard S. Kim & Associates' participation in the instant proceeding. This Request for Special Notice shall not operate as a confession and/or concession of jurisdiction. Moreover, the within party does not authorize Law Offices of Richard S. Kim & Associates, either expressly or impliedly through Law Offices of Richard S. Kim & Associates' participation in the instant proceeding, to act as its agent for purposes of service under Fed. R. Bankr. P. 7004;

    c.    Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation or not of such matters as "core proceedings" pursuant to 28 U.S.C. §157(b)(2)(H), and whether such jury trial right is pursuant to statute or the United States Constitution;

- 3 -

  d. Right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

  e. Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which this party is entitled under any agreements at law or in equity or under the United States Constitution.

Dated: June 9, 2014       LAW OFFICES OF RICHARD S. KIM & ASSOC

By: _____
   Richard S. Kim
   Attorney for Creditors Sabre Springs Plaza, LLC

Law Offices of Richard Kim & Associates
3435 Wilshire Blvd., Suite 2630
Los Angeles, CA 90010

---

Request for Special Notice
- 3 -
Z:\CLIENTS\B\B2109.1\SabreSpringsPlaza\RobertMaruca\BK-Chapter 7\SpecialNotice.doc

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing REQUEST FOR SPECIAL NOTICE was served on June 9, 2014. Service was accomplished by the method and to the following as indicated:

### BY FIRST CLASS MAIL

### Debtor

Robert Gabriel Maruca
3733 Mesa Vista Way
Bonita, CA 91902
SAN DIEGO-CA

### Debtor's Attorney

Ronald H. Freshman
Law Office of Ronald H. Freshman
P.O. Box 676231
Ranch Santa Fe, CA 92067

### Trustee

Ronald E. Stadtmueller
10755 Scripps Poway Pkwy., #370
San Diego, CA 92131

### United States Trustee

United States Trustee
Office of the U.S. Trustee
402 West Broadway, Suite 600
San Diego, CA 92101-8511

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 9, 2014

_____
Sunny Chung

Law Offices of Richard Kim & Associates
3435 Wilshire Blvd., Suite 2630
Los Angeles, CA 90010