CSD 1182 [10/01/12]
Name, Address, Telephone No. & I.D. No.

Richard S. Kim, Esq. (SBN 137742)
Law Offices of Richard S. Kim & Associates
3435 Wilshire Blvd., Suite 2630
Los Angeles, CA 90010
Tel: (213) 365-0500
Attorneys for Creditor Sabre Springs Plaza, LLC

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
Robert Gabriel Maruca

BANKRUPTCY NO. 14-04011-LT7

Tax I.D.(EIN)#:_____ /S.S.#:XXX-XX-7488    Debtor.

**NOTICE OF MOTION FOR** Dismissal under 11 USC 707(b)(1) and (b)(2)

Robert Gabriel Maruca
TO:  c/o Law Office of Ronald H. Freshman
     3040 Skycrest Dr.
     Fallbrook, CA 92028

You are herewith served with the attached Motion by Sabre Springs Plaza, LLC _____, Movant,

for: Motion to Dismiss Chapter 7 for (1) Presumption of Abuse and (2) Bad Faith Filing: Failing to Disclose

and any accompanying declarations.

If you object to the Court granting the relief requested in the Motion:

1.  **YOU ARE REQUIRED** to obtain a hearing date and time from the appropriate Courtroom Deputy for the judge assigned to this bankruptcy case. *If a Chapter 7, 11, or 12 case*, determine which deputy to call by looking at the Bankruptcy Case No. in the above caption of this notice. If the case number is followed by the letter:

    - MM  -  call (619) 557-7407  -  DEPARTMENT ONE (Room 218)
    - LA  -  call (619) 557-6594  -  DEPARTMENT TWO (Room 118)
    - LT  -  call (619) 557-6018  -  DEPARTMENT THREE (Room 129)
    - PB  -  call (619) 557-5157  -  DEPARTMENT FOUR (Room 328)
    - CL  -  call (619) 557-6019  -  DEPARTMENT FIVE (Room 318)

2.  **WITHIN FOURTEEN (14)[1] DAYS FROM THE DATE OF SERVICE OF THE MOTION,** you are further required to serve a copy of your DECLARATION IN OPPOSITION TO MOTION and separate REQUEST AND NOTICE OF HEARING [Local Form CSD 1184[2]] upon the undersigned moving party, together with any opposing papers. The

---

[1] If you were served electronically or by mail, you have three (3) additional days to take the above-stated actions as calculated by Fed. R. Bankr. P. 9006(f).
[2] You may obtain Local Form CSD 1184 from the office of the Clerk of the U.S. Bankruptcy Court.

CSD 1182                                                            [Continued on Page 2]

CSD 1182 (Page 2) [10/01/12]

    opposing declaration shall be signed and verified in the manner prescribed by Federal Rule of Bankruptcy Procedure 9011, and the declaration shall:

        a.    identify the interest of the opposing party; and

        b.    state, with particularity, the grounds for the opposition.

3.    **YOU MUST** file the original and one copy of the Declaration and Request and Notice of Hearing with proof of service with the Clerk of the U.S. Bankruptcy Court at 325 West "F" Street, San Diego, California 92101-6991, no later than the next business day following the date of service.

IF YOU FAIL TO SERVE YOUR "DECLARATION IN OPPOSITION TO INTENDED ACTION" AND "REQUEST AND NOTICE OF HEARING" within the 14-day[1] period provided by this notice, NO HEARING SHALL TAKE PLACE, you shall lose your opportunity for hearing, and the debtor or trustee may proceed to take the intended action.

DATED: July 22, 2014

                                   Richard S. Kim, Esq. - Attorneys for Creditor Sabre Springs Plaza, LLC
                                                          Attorney for Moving Party

### CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on 23 day of July, 20 14, I served a true copy of the within NOTICE OF MOTION, together with the following pleadings [describe any other papers]:
Motion to Dismiss Chapter 7 for (1) Presumption of Abuse and (2) Bad Faith Filing: Failing to Disclose; and Request for Judicial Notice

by [describe here mode of service]:
U.S. Mail

on the following persons [set forth name and address of each person served] and/or as checked below:

[✔]    Attorney for Debtor (if required):
        Ronald H. Freshman, Esq.
        Law Office of Ronald H. Freshman
        3040 Skycrest Drive
        Fallbrook, CA 92028

| [✔] For Chpt. 7, 11, & 12 cases: | [ ] For ODD numbered Chapter 13 cases: | [ ] For EVEN numbered Chapter 13 cases: |
|---|---|---|
| UNITED STATES TRUSTEE<br>Department of Justice<br>402 West Broadway, Suite 600<br>San Diego, CA 92101 | THOMAS H. BILLINGSLEA, JR., TRUSTEE<br>530 "B" Street, Suite. 1500<br>San Diego, CA 92101 | DAVID L. SKELTON, TRUSTEE<br>525 "B" Street, Suite 1430<br>San Diego, CA 92101-4507 |

I certify under penalty of perjury that the foregoing is true and correct.

Executed on   7/23/14           Sunny Chung
            (Date)                      (Typed Name and Signature)

                                              3435 Wilshire Blvd., Suite 2630
                                              (Address)

                                                Los Angeles, CA 90010
                                              (City, State, ZIP Code)

CSD 1182

1  RICHARD S. KIM (SBN 137442)
   Email: rkim@lawrichardkim.com
2  LAW OFFICES OF RICHARD S. KIM & ASSOCIATES
   3435 WILSHIRE BOULEVARD, SUITE 2630
3  LOS ANGELES, CALIFORNIA 90010-1937
   TELEPHONE (213) 365-0500
4  FAX        (213) 365-1225
5
   Attorneys for Creditors SABRE SPRINGS PLAZA, LLC
6

7
                    UNITED STATES BANKRUPTCY COURT
8
                 SOUTHERN DISTRICT OF CALIFORNIA (SAN DIEGO)
9

10 ) Chapter 7
                                              )
11 In re:                                     ) Case No.: 14-04011-LT7
                                              )
12                                            )
   Robert Gabriel Maruca,                     ) **PROOF OF SERVICE**
13                                            )
                                              )
14 Debtor                                     )
                                              )
15                                            )
                                              )
16                                            )
                                              )
17                                            )
                                              )
18                                            )
19
20       I, Sunny Chung, declare under penalty of perjury that the following facts are
21 true and correct: I am a resident of the State of California and over the age of 18 years and
22 not a party to or interested in the above-entitled matter. I am an employee of Law Offices
23 of Richard S. Kim & Associates, and my business address is 3435 Wilshire Blvd., Suite
24 2630, Los Angeles, CA 90010. On July 23, 2014, I served the following document(s):
25       **NOTICE OF MOTION FOR DISMISSAL UNDER 11 USC §707(b)(1) AND
26 (b)(2)**
27 by:
28       ■ MAIL: by placing a true copy(ies) thereof in a sealed envelope(s) in the outgoing

Proof of Service
- 1 -
Z:\CLIENTS\B\B2109.1\SabreSpringsPlaza\RobertMaruca\BK-Chapter 7\ProofofService.doc

Law Offices of Richard Kim & Associates
3435 Wilshire Blvd., Suite 2630
Los Angeles, CA 90010

mail tray located in my office for deposit in the United States mail, with postage fully prepaid, addressed as shown below. I am readily familiar with the business practice at my place of business for collection and processing of outgoing mail with the U.S. Postal Service that same day in the ordinary course of business.

(See Attached Service List)

☐ PERSONAL SERVICE: by personally serving by hand delivery in an envelope(s) addressed as shown below:

■ OVERNIGHT DELIVERY: by enclosing, a true copy (ies) in a sealed FedEx envelope(s) addressed as shown below.

Hon. Laura S. Taylor: U.S. Bankruptcy Court, Southern District (San Diego), 325 West F Street, Dept. 3, Rm. 129, San Diego, CA 92101;

☐ VIA FACSIMILE: by transmitting via facsimile to the number(s) shown below:

■ VIA ECF FILING: by electronically mailing to the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District.

    Ronald H. Freshman: ron@ronfreshman.com

    Ronald E. Stadtmueller (Ch. 7 Trustee): ecfstadt@aol.com

    United States Trustee: ustp.region15@usdoj.gov

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: July 23, 2014

LAW OFFICES OF RICHARD S. KIM & ASSOCIATES

By: _____
    Sunny Chung

## SERVICE LIST
## (SERVED BY UNITED STATES MAIL)

**Debtor**
Robert Gabriel Maruca
3733 Mesa Vista way
Bonita, CA 91902

**Attorney for Debtor**
Ronald H. Freshman
Law Office of Ronald H. Freshman
3040 Skycrest Drive
Fallbrook, CA 92028

**United States Trustee**
United States Trustee
Office of the U.S. Trustee
402 West Broadway, Suite 600
San Diego, CA 92101-8511

**Chapter 7 Trustee**
Ronald E. Stadtmueller, Esq.
10755 Scripps Poway Pkwy., #370
San Diego, CA 92131

EOD CCA
700 Longwater Drive
Norwell, MA 02061

IC Systems, Inc.
Box 64378
Saint Paul, MN 55164

Midland Funding
8875 Aero Drive, Ste. 200
San Diego, CA 92123

Velocity Merchant Service
2021 Midwest Rd, Ste. 302
Oak Brook, Il 60523

Ford Credit
PO Box 552679
Detroit, MI 48255-2679

Credit Control Corp
11821 Rock Landing Dr.
Newport News, VA 23606

Midland Funding
8875 Aero Drive, Ste. 200
San Diego, CA 92123

Capital One
Box 30273
Salt Lake City, UT 84130

Enhanced Recovery Corporation
Box 57547
Jacksonville, FL 32241

Goodyear Tire/Citibank
Box 6497
Sioux Falls, SD 57117

Sky Recovery Services
1200 Westheimer Rd., #233
Houston, TX 77077

Chase Auto Finance
PO Box 78050
Phoenix, AZ 85062-8050

```
                           United States Bankruptcy Court
                           Southern District of California
In re:                                                                 Case No. 14-04011-LT
Robert Gabriel Maruca                                                  Chapter 7
          Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0974-3          User: tbobis                Page 1 of 1                 Date Rcvd: Jul 25, 2014
                              Form ID: pdf910             Total Noticed: 14


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 27, 2014.
db           +Robert Gabriel Maruca,    3733 Mesa Vista Way,    Bonita, CA 91902-1135
13758716     +AmericanWest Bank,    c/o Michael A. Zarconi, Esq.,    550 West C Street, Ste. 1500,
               Sullivan Hill Lewin Rez & Engel,    San Diego, CA 92101-3570
13758717     +Capital One,    Box 30273,   Salt Lake City, UT 84130-0273
13792289     +Cooksey Toolen Gage Duffy & Woog,    535 Anton Blvd, 10th Floor,    Costa Mesa, CA 92626-1947
13758718     +Credit Control Corp,    11821 Rock Landing Dr.,    Newport News, VA 23606-4207
13758720     +EOD CCA,    700 Longwater Drive,   Norwell, MA 02061-1624
13758719     +Enhanced Recovery Corporation,    Box 57547,    Jacksonville, FL 32241-7547
13758721     +Goodyear Tire/Citibank,    Box 6497,   Sioux Falls, SD 57117-6497
13758715     +Sabre Springs Plaza, LLC,    C/O Richard S. Kim, Esq.,    3435 Wilshire Blvd., Suite 2630,
               Los Angeles, CA 90010-1937
13758725     +Sky Recovery Services,    1200 Westheimer Rd., #233,    Houston, TX 77006-2613

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13758722     +E-mail/Text: Bankruptcy@icsystem.com Jul 26 2014 00:40:57     IC Systems, Inc.,    Box 64378,
               Saint Paul, MN 55164-0378
13758723     +E-mail/Text: bankruptcydpt@mcmcg.com Jul 26 2014 00:40:56     Midland Funding,
               8875 Aero Drive, Ste. 200,    San Diego, CA 92123-2255
13758727     +E-mail/Text: stclaw@sbcglobal.net Jul 26 2014 00:40:45     Stephen T. Cummings,
               835 Fifth Ave., Suite 303,    San Diego, CA 92101-6136
13758726     +E-mail/Text: danoushk@getvms.com Jul 26 2014 00:40:52     Velocity Merchant Service,
               2021 Midwest Rd, Ste. 302,    Oak Brook, Il 60523-1372
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13758724*    +Midland Funding,    8875 Aero Drive, Ste. 200,    San Diego, CA 92123-2255
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2014                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 24, 2014 at the address(es) listed below:
          Jennifer H. Wang    on behalf of Creditor    Ford Motor Credit Company LLC jwang@cookseylaw.com
          Richard   Kim    on behalf of Creditor    Sabre Springs Plaza, LLC rkim@lawrichardkim.com
          Ronald E. Stadtmueller    ecfstadt@aol.com,
           ecfstadt2@aol.com;ecfstadt@gmail.com;res@trustesolutions.net
          Ronald H. Freshman    on behalf of Debtor Robert Gabriel Maruca ron@ronfreshman.com
          United States Trustee    ustp.region15@usdoj.gov
                                                                                             TOTAL: 5
```