# Exhibit "10":

# A print-out of High Five Team Sales, Inc.'s listing as a California corporation in California Secretary of State

# Business Entity Detail

Data is updated to the California Business Search on Wednesday and Saturday mornings. Results reflect work processed through Tuesday, July 29, 2014. Please refer to Processing Times for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity.

| | |
|---|---|
| Entity Name: | HIGH FIVE TEAM SALES, INC. |
| Entity Number: | C3405484 |
| Date Filed: | 07/18/2011 |
| Status: | ACTIVE |
| Jurisdiction: | MONTANA |
| Entity Address: | 309 BROADWAY |
| Entity City, State, Zip: | CHULA VISTA CA 91910 |
| Agent for Service of Process: | ROBERT GABRIEL MARUCA |
| Agent Address: | 309 BROADWAY |
| Agent City, State, Zip: | CHULA VISTA CA 91910 |

* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code section 2114 for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to Name Availability.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to Information Requests.
- For help with searching an entity name, refer to Search Tips.
- For descriptions of the various fields and status types, refer to Field Descriptions and Status Definitions.

Privacy Statement | Free Document Readers

Copyright © 2014    California Secretary of State

**Exhibit "11":**

A print-out from Westlaw's Corporate Records & Business Registrations for High Five Team Sales, Inc. showing Robert G. Maruca as the principal


CA03405484

## Corporate Records & Business Registrations

### Source Information

| | |
|---|---|
| Database Last Updated: | 07/28/2014 |
| Update Frequency: | WEEKLY |
| Current Date: | 07/31/2014 |
| Source: | AS REPORTED BY THE SECRETARY OF STATE OR OTHER OFFICIAL SOURCE |

THIS DATA IS FOR INFORMATION PURPOSES ONLY. CERTIFICATION CAN ONLY BE OBTAINED THROUGH THE SACRAMENTO OFFICE OF THE CALIFORNIA SECRETARY OF STATE.

### Company Information

| | |
|---|---|
| Name: | HIGH FIVE TEAM SALES, INC. |
| Address: | 309 BROADWAY |
| | CHULA VISTA, CA 91910 |

### Filing Information

| | |
|---|---|
| Identification Number: | C3405484 |
| Filing Date: | 07/18/2011 |
| State of Incorporation: | MONTANA |
| Status: | ACTIVE |
| Corporation Type: | PROFIT |
| Business Type: | CORPORATION |
| Where Filed: | SECRETARY OF STATE/CORPORATIONS DIVISION |
| | 1500-11TH STREET |
| | SACRAMENTO, CA 95814 |

### Registered Agent Information

| | |
|---|---|
| Name: | ROBERT GABRIEL MARUCA |
| Address: | 309 BROADWAY |
| | CHULA VISTA, CA 91910 |

### Principal Information

| | |
|---|---|
| Name: | ROBERT GABRIEL MARUCA |
| Address: | 309 BROADWAY |
| | CHULA VISTA, CA 91910 |

The preceding public record data is for information purposes only and is not the official record. Certified copies can only be obtained from the official source.

The public record items reported above may have been paid, terminated, vacated or released prior to today's date.

## Order Documents

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387)
for on-site manual retrieval of documents related to this or other matters.
Additional charges apply.

END OF DOCUMENT

© 2014 Thomson Reuters. No Claim to Orig. US Gov. Works.

# Exhibit "12":

A print-out of Westlaw's Fictitious Business Name Record which shows "Robert Maruca" as one of the owners of "Maruca High Five Team Sales."

Westlaw

## Fictitious Business Name Record

### Source Information

| | |
|---|---|
| Information Current Through: | 06/29/2013 |
| Database Last Updated: | 09/30/2013 |
| Update Frequency: | SUSPENDED |
| Current Date: | 07/31/2014 |
| Source: | Data by Infogroup, Copyright © 2014, All Rights Reserved. |

### Business Information

| | |
|---|---|
| Name: | MARUCA HIGH FIVE TEAM SALES |
| Address: | 305 3RD AVE |
| | CHULA VISTA, CA 91910 |
| County: | SAN DIEGO |

### Filing Information

| | |
|---|---|
| Filing Date: | 07/22/2009 |
| Identification Number: | 2009021189 |
| Business Type: | GENERAL PARTNERSHIP |

### Owner Information

| | |
|---|---|
| Name: | MARUCA ROBERT |
| Address: | 3733 MESA VISTA WY BONITA CA 91902 |
| Name: | OTTOMBRANO JOHN |
| Address: | 3539 ANTIEM ST SAN DIEGO CA 92111 |

### Order Documents

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387)
for on-site manual retrieval of documents related to this or other matters.
Additional charges apply.

END OF DOCUMENT

© 2014 Thomson Reuters. No Claim to Orig. US Gov. Works.

# Exhibit "13":

A print-out from San Diego County Recorder's website indicating "Robert Maruca" as one of the owners of the current owners of "Maruca High Five Team Sales."

## FICTITIOUS BUSINESS NAMES

**Fictitious Business Names Details**          Back To Search Results

| | |
|---|---|
| **Filing Number:** | 2009-021189 |
| Number of Businesses | 1 |
| Business Name(s) | MARUCA HIGH FIVE TEAM SALES |
| Number Of Owners | 2 |
| Owner(s) | MARUCA ROBERT |
| | OTTOMBRANO JOHN |
| Filing Date | 7/22/2009 |
| Expiration Date | 7/22/2014 |
| Business Conducted By | General Partnership |

**Certified ($3)**    1      Add To Cart

Questions or problems? Call us at (619) 685-2455 (8am - 5pm PST), or email us at ARCC.FGG@sdcounty.ca.gov